# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                    4:12CR00186-4 DPM

MARK AARON ZANE PRUITT

## ORDER

Defendant is remanded to the custody of the United States Marshal until bed space is available in inpatient drug treatment. Once bed space is available, Defendant must be transported directly from USMS custody and report to the inpatient drug treatment facility. Once Defendant arrives at inpatient drug treatment, he must wear a location monitoring device. After he completes inpatient drug treatment, Defendant must remain in chemical-free living until his July 19, 2016 Revocation Hearing before United States District Judge D. P. Marshall Jr.

IT IS SO ORDERED this 25th day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE