AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 20 2016
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Mark Aaron Zane Pruitt | |

Case No. 4:12-cr-186-DPM-4
USM No. 27121-009

Christophe Tarver
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  1--7 (Gen., Std., and Spec.)  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 (General) | Failing to report to the probation office within 72 hours of release, a Grade C Violation | 03/28/2016 |
| 2 (General) | Failing to submit drug test within 15 days of release, a | |

(Continued on next page.)

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 9735

Defendant's Year of Birth: 1990

City and State of Defendant's Residence:
Unknown

10/19/2016
Date of Imposition of Judgment

_DPMarshallJr._
Signature of Judge

D.P. Marshall Jr.     U.S. District Judge
Name and Title of Judge

20 October 2016
Date

DEFENDANT: Mark Aaron Zane Pruitt
CASE NUMBER: 4:12-cr-186-DPM-4

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
|  | Grade C violation | 04/09/2016 |
| 3 (Standard 2) | Failing to report to the probation office, a Grade C violation | 04/07/2016 |
| 4 (Standard 6) | Failing to Notify the Probation Officer before a Change in Residence, a Grade C violation | 07/31/2016 |
| 5 (Special S1) | Failing to report for drug testing and treatment, a Grade C violation | 08/01/2016 |
| 6 (Special) | Failing to remain in chemical-free living and removing location monitoring device, a Grade C violation | 08/05/2016 |
| 7 (Standard 7) | Testing positive for methamphetamine and marijuana, a Grade C violation | 08/08/2016 |

DEFENDANT: Mark Aaron Zane Pruitt
CASE NUMBER: 4:12-cr-186-DPM-4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

6 months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL